**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL ACTION |
| v. ) | |
| ) | No. 07-20167-15-KHV |
| ERIC GOODWIN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

This matter is before the Court on defendant's Motion To Terminate Defendant's Term Of Supervised Release (Doc. #766) filed March 23, 2018, which the government does not oppose. The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The Court has considered the applicable factors set forth in 18 U.S.C. § 3553(a) and the position of the United States Attorney. For substantially the reasons stated in defendant's Motion To Terminate Defendant's Term Of Supervised Release (Doc. #766), the Court finds that defendant's term of supervised release should be terminated.

**IT IS THEREFORE ORDERED** that defendant's Motion To Terminate Defendant's Term Of Supervised Release (Doc. #766) filed March 23, 2018 is **SUSTAINED**. The Court terminates the remaining term of defendant's supervised release. Defendant is discharged.

Dated this 27th day of March, 2018 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge